**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 2, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-61132
Summary Calendar

_____

ZIA ZHU LI

Petitioner

v.

JOHN ASHCROFT, US ATTORNEY GENERAL

Respondent

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 125 630
--------------------

Before KING, Chief Judge, and JOLLY and PRADO, Circuit Judges.

PER CURIAM:[*]

Zia Zhu Li petitions this court for review of the Board of
Immigration Appeals' order dismissing his appeal from the denial
of his application for asylum. Li argues that the immigration
judge's ("IJ") finding that he is ineligible for asylum is not
supported by substantial evidence. Li contends that this court
should not defer to the IJ's finding that he was not credible.

The IJ's determination that Li was not credible is "a
reasonable interpretation of the record and therefore supported

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

by substantial evidence." <u>See</u> <u>Chun v. INS</u>, 40 F.3d 76, 79 (5th Cir. 1994). "Without credible evidence, the BIA had no basis upon which to grant asylum or withhold deportation." <u>Id.</u> Li was not denied due process based on any translation problems at his asylum hearing. Li's petition for review is DENIED.